No. 329. THE PEOPLE v. CAMACHO.—Appeal from the District Court of Humacao. Decided March 27, 1911. Judgment affirmed. *Mr. Arturo Aponte* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 334. THE PEOPLE v. MENA.—Appeal from the District Court of Aguadilla. Decided March 27, 1911. Judgment affirmed. *Mr. Juan B. Soto* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 320. THE PEOPLE v. SIMONS.
No. 327. THE PEOPLE v. PÉREZ.
No. 328. THE PEOPLE v. CECILIO.
No. 318. THE PEOPLE v. LÓPEZ.
No. 326. THE PEOPLE v. CASANOVA.
No. 322. THE PEOPLE v. TORRES.
No. 325. THE PEOPLE v. ORTIZ.
No. 321. THE PEOPLE v. CRUZ.
No. 330. THE PEOPLE v. BERMÚDEZ.
No. 319. THE PEOPLE v. DÍAZ.
No. 324. THE PEOPLE v. SÁNCHEZ.

Appeals from the District Court of Humacao. Decided March 27, 1911. The judgments of conviction rendered in said cases were reversed for the reasons stated in the opinion of this court in the case of *The People* v. *Villafaña,* decided March 24, 1911. *Mr. Manuel Tous Soto* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 338. THE PEOPLE v. ABELLA.—Appeal from the District Court of Humacao. Decided April 6, 1911. Judgment affirmed. *Mr. Severo Abella Bastón* for appellant. *Mr. Jesús M. Rossy, fiscal,* respondent.